## UNITED STATES DISTRICT COURT

## DISTRICT OF MONTANA

## BILLINGS DIVISION

| | | |
|---|---|---|
| REV. CALVIN WARREN, | ) | JUDGMENT IN A CIVIL CASE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 09-35-BLG-RFC-CSO |
| | ) | |
| MR. BILL CLINTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED
Plaintiff's Complaint is DISMISSED for failure to pay the filing fee.

Dated this 18th day of May, 2009.


PATRICK E. DUFFY, CLERK

By: /s/ A.S. Goodwin
Deputy Clerk